Kula v Katherine Luther Residential Health Care & Rehabilitation Ctr., Inc. (2024 NY Slip Op 06476)

Kula v Katherine Luther Residential Health Care & Rehabilitation Ctr., Inc.

2024 NY Slip Op 06476

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, NOWAK, AND HANNAH, JJ.

843 CA 23-01844

[*1]KENNETH KULA, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF NORBERT E. KULA, DECEASED, PLAINTIFF-RESPONDENT,
v
KATHERINE LUTHER RESIDENTIAL HEALTH CARE & REHABILITATION CENTER, INC., DEFENDANT-RESPONDENT, ET AL., DEFENDANTS. - OLIVE TREE MEDICAL ASSOCIATES, PLLC, AND JOHN ALLEN PYLMAN, M.D., APPELLANTS. 

HIRSCH & TUBIOLO, P.C., PITTSFORD (RICHARD S. TUBIOLO OF COUNSEL), FOR APPELLANTS.
ROBERT F. JULIAN, P.C., UTICA (STEPHANIE A. PALMER OF COUNSEL), FOR PLAINTIFF-RESPONDENT.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, WHITE PLAINS (KARA M. EYRE OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oneida County (Julie G. Denton, J.), entered September 29, 2023. The order, among other things, granted the motion of plaintiff for leave to amend the complaint to add Olive Tree Medical Associates, PLLC, and John Pylman, M.D., as defendants. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court